IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **CATHY HOLSPOPPLE,** | : CIVIL ACTION NO. 1:15-CV-1671 :<br>: **(Chief Judge Conner)** |
| **Plaintiff** | : |
| v. | : |
| **KEYSTONE HEARING INSTITUTE,** *et al.*, | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 26th day of April, 2017, upon consideration of the notice (Doc. 37) of voluntary dismissal filed by plaintiff relator Cathy Holspopple, wherein plaintiff relator seeks to dismiss Anthony Fowler, Jacqueline Price, and Keystone Hearing Institute as defendants in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and further upon consideration of plaintiff relator's separate motion (Doc. 43) for voluntary dismissal of Sonova Holding AG and Phonak LLC as defendants, also brought pursuant to Rule 41(a)(1)(A)(i), and the court having previously observed that Rule 41(a)(1)(A)(ii) generally does not require a court order or court approval before dismissal, see FED. R. CIV. P. 41(a)(1)(A)(i), but that in this action pursuant to the False Claims Act, no claim may be dismissed, settled, or otherwise discontinued before the court solicits written consent of the United States, id. § 3730(b)(1); (Doc. 9 ¶ 7), and the court having solicited the United States' response to plaintiff relators' requests by orders (Docs.

39, 46) dated March 10, 2017 and April 25, 2017, respectively, and the United States having consented to dismissal of all defendants with prejudice as to plaintiff relator but without prejudice to the United States, and having further consented to closure of this action as the United States has declined to intervene and all of plaintiff relator's claims have been dismissed, (Docs. 40, 47), it is hereby ORDERED that:

1. Plaintiff relator's requests (Docs. 37, 43) to voluntarily dismiss the above-captioned action are GRANTED.

2. Plaintiff relator's claims against all defendants are DISMISSED with prejudice as to plaintiff relator and without prejudice to the United States of America.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania